■ CHERYL DUKES, Respondent, v ROYAL GLOBE INSURANCE Co. et al., Appellants. — Judgment, Supreme Court, New York County (A. R. Tyler, J.), entered on March 2, 1982, unanimously affirmed. Respondent shall recover of appellants $75 costs and disbursements of this appeal. The appeal from the order of said court entered on March 2, 1982, is dismissed as having been subsumed in the appeal from the judgment, without costs and without disbursements. No opinion. Concur — Ross, J. P., Carro, Asch and Silverman, JJ.

■ ALBERT CONTI et al., Appellants, v PETTIBONE COMPANIES, INC., et al., Defendants, and MADIGAN PRAEGER, INC., Respondent. — Order, Supreme Court, New York County (Egeth, J.), entered on March 4, 1982, unanimously affirmed for the reasons stated by Egeth, J., at Trial Term. Respondent shall recover of appellants $75 costs and disbursements of this appeal. Concur — Ross, J. P., Carro, Asch and Silverman, JJ.

■ ARTHUR HOYTE, Respondent, v FOUR HEART HOLDING CORP., Defendant and Third-Party Plaintiff-Respondent-Appellant. ADVANCO BUILDING AND CONTRACTING Co., Third-Party Defendant-Appellant. — Amended judgment, Supreme Court, Bronx County (Ostrowski, J.), entered on April 1, 1982, unanimously affirmed. Third-party plaintiff shall recover of third-party defendant $75 costs and disbursements of this appeal. The appeal from the judgment of said court entered on November 4, 1981 is dismissed as having been superseded by the appeal from the amended judgment, without costs and without disbursements. No opinion. Concur — Ross, J. P., Carro, Bloom and Kassal, JJ.

■ MICHAEL COOK et al., Respondents, v HARTFORD FIRE INSURANCE COMPANY, Appellant. — Order, Supreme Court, New York County (Pecora, J.), entered on May 10, 1982, unanimously affirmed. Respondents shall recover of appellant $50 costs and disbursements of this appeal. The appeal from the order of said court entered on or about December 30, 1981, is dismissed as said order was superseded by the order entered on May 10, 1982, without costs and without disbursements. No opinion. Concur — Ross, J. P., Carro, Bloom and Kassal, JJ.